# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BRIDGET ELIZABETH WILLIAMS,

    **Plaintiff,**

v.                                Case No: 6:17-cv-618-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

    **Defendant.**

## ORDER

This case is before the Court on review of the final decision of the Commissioner of Social Security denying Plaintiff's claims for benefits under the Federal Old Age, Survivors and Disability Insurance programs and for Supplemental Security Income benefits. The United States Magistrate Judge has submitted a Report (Doc. 18) recommending that the final decision of the Commissioner be affirmed. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objection has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.     The Report and Recommendation filed June 29, 2018 (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.     The final decision of the Commissioner is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment consistent with this Order and to thereafter close this case.

**DONE** and **ORDERED** in Orlando, Florida, on July 16, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record